UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KEITH MCCOY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BIOMAT USA, INC. AKA GRIOFOLS )<br>PLASMA, )<br>)<br>Defendant. ) | No. 1:24-cv-01943-JPH-MKK |

**ORDER DENYING SECOND MOTION FOR RECONSIDERATION**

On November 24, 2025, the Court denied Mr. McCoy's motions for leave to file an amended complaint, screened his first amended complaint, and dismissed this action for failure to state a claim. Dkt. 34. On December 5, Mr. McCoy filed a motion to correct errors, which was denied. Dkts. 36, 37. He has now filed a second motion for reconsideration. Dkt. 38. This motion asks for the same relief and presents similar arguments as his previous motion for reconsideration. For the reasons outlined in the Court's December 10 order, Mr. McCoy's second motion for reconsideration, dkt. [38], is **DENIED.**

Mr. McCoy is entitled to litigate his claims earnestly and receive the same attention and thoroughness the Court would afford any other party. However, he is not entitled to monopolize the Court's resources by repeatedly filing the same materials or raising the same issues in search of a favorable ruling. Mr. McCoy is advised that such repeated filings may lead to sanctions. *See White v. Williams,* No. 10-2400, 423 F. App'x 645, 646 (7th Cir. June 7, 2011) (unpublished); *see also United States ex rel. Verdone v. Circuit Court for Taylor*

1

*County*, 73 F.3d 669, 671 (7th Cir. 1995) ("Frivolous, vexatious, and repeated filings by pro se litigants interfere with the orderly administration of justice by diverting scarce judicial resources from cases having merit and filed by litigants willing to follow court orders."). This case remains closed.

**SO ORDERED.**

Date: 12/22/2025

*[signature: James Patrick Hanlon]*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

KEITH MCCOY
4001 E. 38th St.
Indianapolis, IN 46218

All electronically registered counsel